UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.   1:18-cr-00159-JPH-MJD |
| IVAN CHAVEZ- LOZAYA, | ) ) ) | - 01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On September 10, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 6, 2025. Defendant Ivan Chavez-Lozaya appeared in person and by Federal Community Defender Dominic Martin. The Government appeared by Assistant United States Attorney Brad Blackington. U.S. Probation appeared by Officer Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Chavez-Lozaya of his rights and ensured he had a copy of the petition. Defendant Chavez-Lozaya waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Chavez-Lozaya admitted violation number 1 in the petition. Government orally moved to withdraw the remaining violations 2 through 6, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**Violation**
**Number        Nature of Noncompliance**

    1    **"You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance."**

As previously reported to the Court, on February 21, 2025, the offender submitted a urine sample that tested positive for cannabinoids. He admitted smoking marijuana three days prior to submitting the sample. On March 26, 2025, the offender submitted a urine sample that tested positive for cannabinoids. He denied smoking marijuana since three days prior to his urine sample submitted on February 21, 2025.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months of imprisonment.

5. The Parties jointly recommended a sentence of 13 months of imprisonment with no federal supervision to follow. Defendant requested placement at FCI Milan, Michigan.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 13 months with no federal supervised release to follow. The Magistrate Judge makes a recommendation of placement at FCI Milan, Michigan.

7. The parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Date: 9/11/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system