UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cr-00159-JPH-MJD |
| IVAN CHAVEZ-LOZAYA, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [105]. The Court now **ORDERS** that Ivan Chavez-Lozaya's supervised release is therefore **REVOKED**, dkt. [93], and Mr. Chavez-Lozaya is sentenced to the custody of the Attorney General or his designee for imprisonment of 13 months with no federal supervision release to follow. The Court recommends placement at FCI Milan, Michigan, if such is deemed to be an appropriate facility by the Bureau of Prisons. Violation numbers 2 through 6 are **DISMISSED**.

**SO ORDERED.**

Date: 9/15/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C